**Order filed July 7, 2014**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————

**NO. 01-13-00337-CR**

———————

**RENE VELEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 7**
**Harris County, Texas**
**Trial Court Cause No. 1677907**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit 11.**

The clerk of the Co Crim Ct at Law No 7 is directed to deliver to the Clerk of this court the original of **Exhibit 11**, on or before **July 17, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **Exhibit 11**, to the clerk of the Co Crim Ct at Law No 7.

PER CURIAM